Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Carlos Franco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Carlos Franco<br><br>Defendants. | **11-CR-00457-LHK**<br><br>**Stipulation and [PROPOSED] Order Continuing Sentencing** |

     Defendant Carlos Franco and the United States, by and through respective counsel, jointly move for a continuance of the sentencing hearing now scheduled for Wednesday, August 29, 2012.

     Counsel for Mr. Franco is engaged in trial before Judge Davila in United States v. Aycock, having begun on August 20, 2012, and expected to continue to September 10, 2012. Because of this trial, counsel for Mr. Franco is both unavailable to attend sentencing as scheduled, nor properly prepare for sentencing.

//

//

//

**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING SENTENCING**

Counsel have conferred, and the next available date for both counsel is October 17, 2012.

Dated: __8/24/12__

　　　　　　　　　　　　　　　／s／_____
　　　　　　　　　　　　　　　Graham Archer
　　　　　　　　　　　　　　　Attorney for Carlos Franco

　　　　　　　　　　　　　　　／s／_____
Dated: __8/24/12__　　　　　Thomas Colthurst
　　　　　　　　　　　　　　　Assistant United States Attorney

[PROPOSED] Order

Good cause appearing, upon stipulation of all parties, IT IS HEREBY ORDERED that the hearing currently set for August 29, 2012 in action 11-CR-00457 before the Hon. Lucy H. Koh, shall be continued to October 17, 2012 at 9:00am.

IT IS SO ORDERED.

Dated:　8/27/12

　　　　　　　　　　　　　　　_Lucy H. Koh_____
　　　　　　　　　　　　　　　Hon. Lucy H. Koh
　　　　　　　　　　　　　　　U.S. District Judge

STIPULATION AND PROPOSED ORDER CONTINUING SENTENCING