Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Carlos Franco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Carlos Franco<br><br>Defendant. | **11-CR-00457-LHK**<br><br>**Unopposed Motion to Continue Sentencing and ~~Proposed~~ Order**<br><br>**Judge: Hon. Lucy H. Koh** |

  Defendant Carlos Franco, by and through his attorney Graham Archer, moves the Court for a short continuance of his sentencing, currently set for October 17, 2012 at 9:00am.

  Counsel for Mr. Franco proposes Wednesday, October 31, 2012 at 9:00am, or a date thereafter available on the Court's calendar, for sentencing.

  The reason for the continuance is to permit the defense to finalize sentencing investigation and interviews, and submit materials for the Court's review.

  Counsel for Mr. Franco has spoken with Assistant United States Attorney Thomas Colthurst, and he has no objection to this continuance.

Dated: __10/16/12__

                _____/s/_____
                Graham Archer
                Attorney for Carlos Franco

**DEFENDANT CARLOS FRANCO'S MOTION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING**

[PROPOSED] Order

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for October 17, 2012 at 9:00am in action 11-CR-00457 as to Carlos Franco, before the Hon. Lucy H. Koh, shall be continued to October 31, 2012 at 9:00am.

IT IS SO ORDERED.

Dated:  10/16/12

_____
Hon. Lucy H. Koh
U.S. District Judge

**DEFENDANT CARLOS FRANCO'S MOTION AND [PROPOSED] ORDER CONTINUING SENTENCING**